IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUGLAS L. HUGHES                                    PLAINTIFF

v.                          5:19-cv-219-DPM

DUSTY DUTSON, Administrator,
Dallas County Detention Center;
and STAN MCGEE, Administrator,
Dallas County Detention Center                  DEFENDANTS

## JUDGMENT

Hughes's complaint is dismissed without prejudice.

*signature*
D. P. Marshall Jr.
United States District Judge

16 August 2019